UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SEA SALT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:18-cv-00413-JAW |
| v. | ) | |
| | ) | |
| MATTHEW BELLEROSE, | ) | |
| VINCENT MASTROPASQUA, | ) | |
| EAST END TRANSPORT, LLC, | ) | |
| AMANDA F. BELLEROSE, | ) | |
| ANTHONY J. MASTROPASQUA | ) | |
| and | ) | |
| EAST END TRANSPORT, LLC | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT AMANDA BELLEROSE'S MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, Amanda Bellerose, and moves for an enlargement of one day (from June 15 to June 16, 2020) within which to perfect the filing of her opposition to the Plaintiff's Motion for Subsequent Order of Attachment and Trustee Process (ECF No. 178).

The Defendant's brief in opposition is 15 pages long, supported by roughly 200 pages of exhibits. It was ready for filing yesterday afternoon. Pursuant to instructions from clerk's office, it was filed by email to newcase.portland@med.uscourts.gov at 4:09 p.m., as described in the attached Affidavit of Juanita Clark. At some point after Ms. Clark had left the office for the day, however, a notification was sent to the effect that the document had not gone through because it was too large. This morning, Ms. Clark received the notification

and immediately called the clerk's office and, following instructions, resent the email in sections. She also sent a copy of the Defendant's opposition papers to Plaintiff's counsel, Laura White, through sharefile.

Under the circumstances, the Defendant respectfully moves for an enlargement of one day to file her opposition to the Plaintiff's motion for attachment.

DATED at Portland, Maine this 16th day of June, 2020.

                                              */s/ John S. Whitman*
                                              John S. Whitman
                                              Attorney for Amanda Bellerose

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 16th day of June, 2020, Defendant Amanda Bellerose's Motion for Enlargement of Time was electronically filed with the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ John S. Whitman*
John S. Whitman
Attorney for Amanda Bellerose

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com